Johnnie BARNETT, Appellant,

v.

George BARNETT, Appellee.

Court of Appeals of Kentucky.

March 1, 1974.

Joe Hobson, Burnis Martin, Perstonsburg, for appellant.

Woodrow W. Burchett, Prestonsburg, for appellee

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

James R. YOCOM, Appellant,

v.

Zack BURKE et al., Appellees.

Court of Appeals of Kentucky.

March 1, 1974.

Arthur R. Samuel, Robert D. Hawkins, Frankfort, for appellant.

W. W. Burchett, Prestonsburg, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

Jerry Leon COOK, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

March 1, 1974.

Anthony M. Wilhoit, Public Defender, David E. Murrell, Deputy Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner VANCE, Reversing.*

Fuston STEWART, Appellant,

v.

Herbert Lewis PARTIN, d/b/a Partin Coal Company et al., Appellees.

Court of Appeals of Kentucky.

March 1, 1974.

Charles G. Cole, Cole & Cole, Barbourville, for appellant.

Gayle Huff, Rice & Huff, Harlan, Robert D. Hawkins, Chief Counsel for Special Fund, Department of Labor, Frankfort, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

* Opinion ordered not to be published.